# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08-mj-319-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| JOTEE BURNSIDE, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on May 28, 2008.

DATED this 26th day of August 2008.

GREGORY A. BROWER
United States Attorney

/s/ Russell Marsh
RUSSELL E. MARSH
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 31st day of March 2033.

_____
United States Magistrate Judge